UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMMED AL-LAHHAM,

    Plaintiff,

v.                                                    Civil Case No. 17-13811
                                                        Honorable Linda V. Parker

ALLIED INTERSTATE LLC and
STELLAR RECOVERY, INC.,

    Defendant.
_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST STELLAR RECOVERY, INC.

This is an action alleging violations of the Fair Debt Collections Practices Act by Defendants Allied Interstate LLC ("Allied") and Stellar Recovery, Inc. ("Stellar"). Plaintiff's claims against Allied were dismissed with prejudice pursuant to a stipulated order. (ECF No. 13.) Counsel for Stellar subsequently moved to withdraw. (ECF Nos. 14, 16.) In an opinion and order issued March 19, 2018, the Court allowed counsel to withdraw but warned that, as a corporation, Stellar may not appear pro se and must appear through a licensed attorney. (ECF No. 17.) The Court granted Stellar thirty days to find substitute counsel, indicating that, otherwise, "it will be deemed to be in default and Plaintiff may seek a clerk's entry of default and default judgment." (*Id.* at Pg ID 48.)

Stellar failed to obtain substitute counsel by the deadline.  Plaintiff therefore requested a Clerk's Entry of Default, which was entered on April 30, 2018.  (ECF No. 20.)  On May 25, 2018, Plaintiff filed a motion seeking a default judgment against Stellar.  (ECF No. 23.)

The Court has reviewed Plaintiff's motion and concludes that it is entitled to a default judgment against Stellar in the amount of $1,075.00.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for default judgment against Stellar Recovery, Inc. (ECF No. 23) is **GRANTED**.

> s/ Linda V. Parker
> LINDA V. PARKER
> U.S. DISTRICT JUDGE

Dated: July 11, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 11, 2018, by electronic and/or U.S. First Class mail.

> s/ R. Loury
> Case Manager